NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CEQUENT PERFORMANCE PRODUCTS, INC.,**
*Appellant*

**v.**

**HOPKINS MANUFACTURING CORPORATION,
THE COAST DISTRIBUTION SYSTEM INC.,**
*Appellees*

---

2016-2701

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2015-00609.

---

## JUDGMENT

---

DAVID BOGDAN CUPAR, McDonald Hopkins LLC, Cleveland, OH, argued for appellant. Also represented by MATTHEW JOHN CAVANAGH.

SCOTT R. BROWN, Hovey Williams LLP, Overland Park, KS, argued for appellees. Also represented by MATTHEW B. WALTERS.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (NEWMAN, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


November 20, 2017
Date

/s/ Peter R. Marksteinter
Peter R. Marksteiner
Clerk of Court